| | |
|---|---|
| <u>DEFENDANT:</u> | Norman W. Fries, Inc. d/b/a/ Claxton Poultry Farms |
| <u>AGE/YOB</u>: | N/A |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_X\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes    \_\_ No |
| <u>OFFENSE(S)</u>: | <u>Count 1</u>:  Price fixing/bid rigging (15 U.S.C. § 1) |
| <u>LOCATION OF OFFENSE:</u> | State and District of Colorado and elsewhere |
| <u>PENALTY</u>: | <u>Count 1</u>:  Fine equal to greatest of 1) $100 million; 2) twice the gain the conspirators derived from the crime; or 3) twice the loss caused to the victims |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| <u>AGENT</u>: | LaNard Taylor<br>FBI |
| <u>AUTHORIZED BY:</u> | Jonathan Clow<br>Trial Attorney<br>U.S. Department of Justice, Antitrust Division |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_ five days or less; \_X\_\_ over five days

<u>THE GOVERNMENT</u>

\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.