AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Norman W. Fries, Inc.,<br>d/b/a Claxton Poultry Farms<br>*Defendant* | )<br>)<br>)<br>) Case No.  21-cr-00168-RM<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| Place: | Byron Rogers United States Courthouse<br>1929 Stout Street<br>Denver, CO  80294 | Courtroom No.: C-205 |
|---|---|---|
| | | Date and Time: 05/27/2021 2:00 pm |

This offense is briefly described as follows:

Price fixing and bid rigging in violation of 15 U.S.C. § 1.

Date: 05/19/2021

s/ R. Villa, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*